[No. 42208-1-I.    Division One.    November 22, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. TONELLI J. ANDERSON, *Defendant*, PHILLIP L. ALEXANDER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-03370-1, Brian D. Gain, J., entered February 23, 1998. *Affirmed in part* and *remanded* by unpublished per curiam opinion.


[No. 40988-3-I.    Division One.    November 22, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. LUCAS MORINOBU GOSHO, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-1-00023-2, Gerald L. Knight, J., entered July 29, 1997. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Kennedy, C.J., and Ellington, J.


[No. 41735-5-I.    Division One.    November 22, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. SUSAN LYNN WEST, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-06305-8, Larry Jordan, J., entered November 7, 1997. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Kennedy, C.J., and Ellington, J.